# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LIVINGSTON ALFRED, III

NO. 2021 KW 0507

**JULY 6, 2021**

---

In Re:    Livingston Alfred, III, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 586,228.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to include documentation of a timely request for an extension of the return date. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-3; see also, **State v. Bourg,** 2016-0313 (La. App. 5th Cir. 6/29/16), 196 So.3d 737, 741. Moreover, although it is not a violation of the Uniform Rules, relator failed to include a copy of the transcript of the motion to recuse hearing. See **City of Baton Rouge v. Plain,** 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. If relator elects to file a new writ application with this court, the application shall be filed on or before August 6, 2021. Any future filing on this issue should include the entire contents of this application, the missing item noted above, and a copy of this ruling.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT